**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00195-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ROSS SUMPTER,

    Plaintiff,

v.

RICK RAEMISCH, Exec. Dir. CDOC,
JANE DOE, CDOC Time Comp.,
JOHN DOE, CDOC Time Comp.,
ARI ZAVARAS, Exec. Dir. CDOC,
TOM CLEMENTS, Exec. Dir. CDOC, and
JOHN SUTHERS, Exec. Dir. CDOC,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff, a state prisoner in Colorado, has submitted to the court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>account statement submitted is not certified</u>)
(4)   __   is missing certificate showing current balance in prison account

(5)     __     is missing required financial information
(6)     xx     is missing authorization to calculate and disburse filing fee payments
(7)     __     is missing an original signature by the prisoner
(8)     __     is not on proper form (must use the court's current form)
(9)     __     names in caption do not match names in caption of complaint, petition or habeas application
(10)    __     other: _____.

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    __     is not on proper form (must use the court's current form)
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. __
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     names in caption do not match names in text
(17)    __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)    __     other: _____.

Accordingly, it is

   ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

   FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

   DATED January 24, 2014, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge